IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-437

| | |
|---|---|
| FITZGERALD FRUIT FARMS, LLC, | ) ) ) |
| Plaintiff, | ) ) **ENTRY OF DEFAULT** |
| v. | ) ) ) |
| ASPETIA, INC., WRIGHT FOODS, INC., and WORTH HARRIS | ) ) ) ) |
| Defendants. | ) ) |

Pending is Plaintiff's Request for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendant Wright Foods, Inc. A review of the record reveals that Defendant was served on September 17, 2018, and that since being served Defendant has failed to answer within the time period allowed by law. Entry of Default against Defendant is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendant Wright Foods, Inc. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to FRCP 55(b). So Ordered this *19* day of February 2019.

Peter A. Moore, Jr.
Clerk of Court