IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:18-cv-437

| | |
|---|---|
| FITZGERALD FRUIT FARMS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASPETIA, INC., WRIGHT FOODS, INC., and WORTH HARRIS )<br>)<br>Defendants. ) | **ENTRY OF DEFAULT** |

Pending is Plaintiff's Request for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendant Aseptia, Inc. A review of the record reveals that Defendant was served on September 13, 2018, and that since being served Defendant has failed to answer within the time period allowed by law. Entry of Default against Defendant is therefore appropriate.

Accordingly, for the reasons stated above, the Clerk hereby enters default pursuant to FRCP 55(a) against Defendant Aseptia, Inc. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to FRCP 55(b). So Order this /9 day of February 2019.

Peter A. Moore, Jr.
Clerk of Court