# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Case No. 5:18-cv-437-D

| | |
|---|---|
| FITZGERALD FRUIT FARMS, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASEPTIA, INC., WRIGHT FOODS, ) <br> INC. and WORTH HARRIS, ) <br> ) <br> Defendants. ) | **DEFAULT** <br> **JUDGMENT** |

Defendant Aseptia, Inc., a North Carolina corporation, and Defendant Wright Foods, Inc., a Delaware corporation, (collectively, "Default Defendants") having failed to plead or otherwise to defend in this action and default having been duly entered [Docs. 28, 29], it is hereby

ORDERED AND ADJUDGED that Plaintiff Fitzgerald Fruit Farms, LLC recover from the Default Defendants, jointly and severally, damages in the amount of: (a) $864,265.17 under Count One for Breach of Contract, Count Two for Open Account, Count Three for Fraud and Count Four for Negligent Misrepresentation; and (b) $2,592,795.51 under Count Seven for Unfair Trade Practices Under N.C. Gen. Stat. § 75-1 et seq.

1

IT IS FURTHER ORDERED that judgment be entered in favor of Plaintiff against the Defaulting Defendants for attorney's fees in the amount of $23,640.00 and costs in the amount of $955.00 plus any interest that may later accrue and to which Plaintiff can establish it is entitled.

SO ORDERED. This 26 day of September, 2019.

JAMES C. DEVER III
United States District Judge