UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FITZGERALD FRUIT FARMS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ASEPTIA, INC., WRIGHT FOODS, INC., and ) <br> WORTH HARRIS, ) <br> ) <br> Defendants. ) | **JUDGMENT IN A** <br> **CIVIL CASE** <br> **CASE NO. 5:18-cv-437-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on August 26, 2019, the court GRANTED Harris's motion to dismiss [D.E. 17], DISMISSED the complaint as to defendant Harris, and DENIED as moot Harris's motion to strike [D.E. 17].

IT IS FURTHER ORDERED, AND DECREED that on September 26, 2019, default judgment was entered against defendants Aseptia, Inc. and Wright Foods, Inc.

**This Judgment Filed and Entered on September 26, 2019, and Copies To:**

| | |
|---|---|
| George A. Koenig | (via CM/ECF electronic notification) |
| Cully C. Carson, IV | (via CM/ECF electronic notification) |
| Jang H. Jo | (via CM/ECF electronic notification) |
| Amelia L. Serrat | (via CM/ECF electronic notification) |

DATE:  
September 26, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk